# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**



**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**


August 24, 2026

Mr. Daniel Myers Waide
Johnson, Ratliff & Waide
1300 Hardy
Hattiesburg, MS 39401

No. 25-60383 Knighton v. Benton County, MS
USDC No. 3:22-CV-56

Dear Counsel:

This letter will serve to confirm our telephone conversation this date advising that the court has requested a response to the Appellant's Petition for rehearing to be filed in this office on or before August 31, 2026.

Sincerely,

LYLE W. CAYCE, Clerk

By: Rebecca L. Leto
Rebecca L. Leto, Deputy Clerk
504-310-7703

cc: Mr. Robert Jathorne Dambrino III
Mr. Daniel J. Griffith
Mr. James Henderson Hall
Mr. Daniel Kim
Ms. Jessica Susan Malone
Mrs. Katherine Portner McClellan
Mr. Wilson Douglas Minor
Mr. Wesley C. Pinson